**Order entered September 12, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00980-CV

## IN RE TUNAD ENTERPRISES, INC., Relator

**Original Proceeding from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-00618-2016**

## ORDER

Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/    JASON BOATRIGHT
        JUSTICE